*John A. Boykin,* for plaintiff in error.

*Hugh M. Dorsey, solicitor-general,* contra.

---

### 6628. HOLSEY *v.* THE STATE.

RUSSELL, C. J. The verdict is supported by sufficient evidence; and since there is no complaint that any error of law was committed in the trial, it was not error to refuse a new trial. *Judgment affirmed.*

DECIDED OCTOBER 7, 1915.

Accusation of misdemeanor; from city court of Sandersville—Judge Jordan. May 22, 1915.

*Evans & Evans,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.